

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00605-CR

Wesley Eugene **KALKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10-740
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 22, 2013.

_____
Karen Angelini, Justice